**Opinion issued August 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00678-CV

———————————

## IN RE YOGURT CULTURE, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Yogurt Culture, Inc., has filed a petition for writ of mandamus challenging the county court's judgment awarding Houston House Limited Partnership possession of the leased premises at issue in the underlying forcible detainer action.[1] We deny the petition.

---

[1] The underlying case is *Houston House Limited Partnership v. Yogurt Culture, Inc., and All Occupants*, cause number 1110605, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Sharolyn Wood presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.